UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| AMIN LAKHANI,<br>    Plaintiff,<br>vs.<br><br>DOWNTOWN DORAL RETAIL HOLDINGS, LLC and 5TH VENTURE LLC,<br>    Defendant(s). | Case No: 24-cv-20833-KMM |

## JOINT NOTICE OF SETTLEMENT IN PRINCIPLE

Plaintiff, AMIN LAKHANI, and Defendants, DOWNTOWN DORAL RETAIL HOLDINGS, LLC and 5TH VENTURE LLC, by and through their respective undersigned counsel, hereby notify the Court that the Parties have reached a settlement in principle. The Parties are in the process of memorializing their agreement and finalizing their settlement documents. The Parties expect to submit appropriate dismissal documents within thirty (30) days.

Respectfully submitted,

| | |
|---|---|
| s/ Glenn R. Goldstein | s/ John B. Rosenquest IV |
| Glenn R. Goldstein (FBN: 55873) | John B. Rosenquest IV (FBN: 048431) |
| *Attorney for Plaintiff* | ROSENQUEST LAW FIRM P.A. |
| Glenn R. Goldstein & Assoc., PLLC | 8325 NE 2nd Avenue, Suite 114 |
| 8101 Biscayne Blvd., Ste. 504 | Miami, Florida 33138 |
| Miami, Florida 33138 | Tel: 305-607-5115 |
| 561.573.2106 | Fax: 305-402-8183 |
| GGoldstein@G2Legal.net | jay@rosenquestlawfirm.com |
| | jbr@khllaw.com |
| | *Counsel for Defendants* |