UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

AMIN LAKHANI,
    Plaintiff,
vs.

DOWNTOWN DORAL RETAIL HOLDINGS, LLC and 5TH VENTURE LLC,
    Defendant(s).

Case No: 24-cv-20833-KMM

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, AMIN LAKHANI (referred to as "Plaintiff"), and Defendants, DOWNTOWN DORAL RETAIL HOLDINGS, LLC and 5TH VENTURE LLC, by and through their respective counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action *with prejudice* against Defendants, with each party to bear their own attorney's fees and costs except as otherwise agreed in writing.

Respectfully submitted,

| | |
|---|---|
| s/ Glenn R. Goldstein | s/ John B. Rosenquest IV |
| Glenn R. Goldstein (FBN: 55873) | John B. Rosenquest IV (FBN: 048431) |
| *Attorney for Plaintiff* | ROSENQUEST LAW FIRM P.A. |
| Glenn R. Goldstein & Assoc., PLLC | 8325 NE 2nd Avenue, Suite 114 |
| 8101 Biscayne Blvd., Ste. 504 | Miami, Florida 33138 |
| Miami, Florida 33138 | Tel: 305-607-5115 |
| 561.573.2106 | Fax: 305-402-8183 |
| GGoldstein@G2Legal.net | jay@rosenquestlawfirm.com |
| | jbr@khllaw.com |
| | *Counsel for Defendants* |